MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: mtemple@rmcmlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LUDWIG, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE, INSURANCE COMPANY, a foreign corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>    Defendants. | CASE NO.:   2:21-cv-01527-JCM-VCF |

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

☒ SUBMITTED IN COMPLIANCE WITH LR 26-1(e)

- or

☐ SPECIAL SCHEDULING REVIEW REQUESTED

Plans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree as to the form or contents of the discovery plan, a statement of each party's position on each point in dispute.

## I.

## PRIOR PROCEEDINGS

**A.    DATE OF FILING OF ANSWER BY FIRST ANSWERING DEFENDANT:**

September 1, 2021.

**B.   DATE THE FED. R. CIV. P. 26(F) CONFERENCE WAS HELD:**

October 1, 2021.

### DISCOVERY PLAN:

**A.   NUMBER OF DAYS REQUIRED FOR DISCOVERY:**

1. Plaintiff's view:

    180 days.

2. Defendants' view:

    Same.

**B.   WHAT CHANGES, IF ANY, SHOULD BE MADE IN TIMING, FORM OR REQUIREMENTS FOR DISCLOSURES UNDER 26(a):**

Initial disclosures would typically be due 14 days after the Rule 26(f) conference, which would be October 15, 2021. However, by agreement of counsel, the deadline has been extended an additional 14 days to allow counsel additional needed time, due to work load and deadlines, to complete gathering, reviewing, and producing the initial disclosures.

**C.   WHEN INITIAL DISCLOSURES WERE MADE OR WILL BE MADE:**

1. Plaintiff's disclosures:      On or before 10/29/2021
                                                 enter calendar date

2. Defendants' disclosures:   On or before 10/29/2021
                                                 enter calendar date

**D.   SUBJECTS ON WHICH DISCOVERY MAY BE NEEDED:**

1. Plaintiff's view:

    All discoverable information related to the claims and defenses presented in the pleadings.

2. Defendants' view:

    Same.

/ / /

/ / /

/ / /

**E.   SHOULD DISCOVERY BE CONDUCTED IN PHASES OR LIMITED TO OR FOCUSED UPON PARTICULAR ISSUES?**

1.   Plaintiff's view:

No.

2.   Defendants' view:

No.

**F.   STATE ANY ISSUES ABOUT DISCLOSURE OR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE FORM OR FORMS IN WHICH IT SHOULD BE PRODUCED.**

1.   Plaintiff's view:

Plaintiff is not in possession of any electronically stored information that would require any special consideration at this time.

2.   Defendant's view:

Defendant is not in possession of any electronically stored information that would require any special consideration at this time.

**G.   STATE ANY ISSUES ABOUT CLAIMS OF PRIVILEGE OR OF PROTECTION   AS TRIAL-PREPARATION MATERIALS, INCLUDING-IF THE PARTIES AGREE ON A PROCEDURE TO ASSERT THESE CLAIMS AFTER PRODUCTION-WHETHER TO ASK THE COURT TO INCLUDE THEIR AGREEMENT IN AN ORDER.**

1.   Plaintiff's view:

The Parties are not aware of any privilege issues that need to be addressed at this time.

2.   Defendants' view:

The Parties are not aware of any privilege issues that need to be addressed at this time.

**H.   WHAT CHANGES, IF ANY, SHOULD BE MADE IN LIMITATIONS ON DISCOVERY IMPOSED UNDER THESE RULES AND WHAT, IF ANY, OTHER LIMITATIONS SHOULD BE IMPOSED?**

1.   Plaintiffs view:

None.

2.   Defendants' view:

None.

I. **WHAT, IF ANY, OTHER ORDERS SHOULD BE ENTERED BY THE COURT UNDER RULE 26© OR RULE 16(b) AND ©?**

1. Plaintiff's view:

   None.

2. Defendants' view:

   None.

**DISCOVERY AND MOTION DATES:**

A. **DATES AGREED BY PARTIES:**

1. Close of discovery: February 28, 2022
   enter calendar date
   (Discovery periods longer than 180 days from the date the first defendant answers or appears will require special scheduling review)

2. Final date to file motions to amend pleadings or add parties (without a further court order): November 30, 2021
   enter calendar date
   (Not later than 90 days before close of discovery)

3. Final dates for expert disclosures:
   (a) Initial disclosure: December 30, 2022
       enter calendar date
       (Not later than 60 days before close of discovery)

   (b) Rebuttal disclosures: January 28, 2022
       enter calendar date
       (Not later than 30 days after initial disclosure of experts)

4. Final date to file dispositive motions: March 30, 2022
   enter calendar date
   (Not later than 30 days after discovery cut-off date)

5. Joint Pretrial Order: April 29, 2022
   enter calendar date
   (Not later than 30 days after date set for dispositive motions)

/ / /

/ / /

/ / /

B. **IF APPLICABLE, STATEMENT OF THE REASONS WHY LONGER OR DIFFERENT TIME PERIODS SHOULD APPLY TO THE CASE OR, IN CASES IN WHICH THE PARTIES DISAGREE AS TO THE FORM OR CONTENTS OF THE DISCOVERY PLAN, A STATEMENT OF EACH PARTY'S POSITION ON EACH POINT IN DISPUTE:**

1. <u>Issues as to which all Parties agree:</u>

    Not applicable.

2. <u>Issues in dispute:</u>

    Not applicable.

**STIPULATION TO SERVICE BY ELECTRONIC MEANS**

The Parties all agree to accept service of all unfiled documents, correspondence, and discovery in this case via the email addresses below:

| Individual | Email | On Behalf of |
| --- | --- | --- |
| Marissa R. Temple, Esq. | Mtemple@rmcmlaw.com | Defendant State Farm Mutual Automobile Insurance Company |
| Roger P. Croteau, Esq. | croteaulaw@croteaulaw.com | Plaintiff Michael Ludwig |
| Kenneth L. Harris, Esq. | kenneth@croteaulaw.com | Plaintiff Michael Ludwig |

Dated this 15th day of October, 2021.　　　Dated this 15th day of October, 2021.

ROGERS, MASTRANGELO, CARVALHO　　ROGER P. CROTEAU & ASSOCIATES,
& MITCHELL　　　　　　　　　　　　　　　LTD.

 */s/ Marissa R. Temple*　　　　　　　　　　 */s/ Kenneth L. Harris*
MARISSA R. TEMPLE　　　　　　　　　　ROGER P. CROTEAU, ESQ.
Nevada Bar No. 9028　　　　　　　　　　　Nevada Bar No.
700 South Third Street　　　　　　　　　　KENNETH L. HARRIS, ESQ.
Las Vegas, Nevada 89101　　　　　　　　　Nevada Bar No.
*Attorney for Defendant*　　　　　　　　　　2819 West Charleston Blvd., Suite 75
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89102
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   10-18-2021 _____

Page 5 of 6