MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: mtemple@rmcmlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHEAL LUDWIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE, INSURANCE COMPANY, a foreign corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:21-cv-01527-JCM-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

Trial has not been set and no motions are pending.

DATED this 23rd day of May, 2022           DATED this 16th day of May, 2022

ROGERS, MASTRANGELO, CARVALHO           ROGER P. CROTEAU & ASSOCIATES, LTD
& MITCHELL

_____                       _____
Marissa R. Temple, Esq.                               Roger P. Croteau, Esq.
Nevada Bar No.: 9028                                   Nevada Bar No.: 4958
700 South Third Street                                 2810 W. Charleston Blvd., Suite 75
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89102
*Attorneys for Defendant*                              *Attorneys for Plaintiff*

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by the parties and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled action be, and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred.

DATED this __1st__ day of ___June___, 2022.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

_____
Marissa R. Temple, Esq.
Nevada Bar No.: 9028
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*